JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRUMENCIO ORTEGA, | ) | NO. CV 08-4147-CAS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEBRA DEXTER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 12, 2008.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE